UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yael Almonte et al.,

                Plaintiffs,

-against-

Washington Heights Wireless, Inc. et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/7/2021
```

1:20-cv-08848 (PGG) (SDA)

ORDER

STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:

In light of the Mediation Referral Order entered in this action at ECF No. 13, the Initial Pretrial Conference originally scheduled for January 13, 2021 (*see* Order, ECF No. 12) is hereby adjourned *sine die*.

No later than 72 hours after the conclusion of any mediation session held pursuant to the Mediation Referral Order, the parties shall advise the Court whether the case has settled, so that, if it has not, the Court can reschedule the Initial Pretrial Conference.

SO ORDERED.

DATED:    New York, New York
             January 7, 2021

                                                  STEWART D. AARON
                                                  United States Magistrate Judge