UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yael Almonte et al.,

                Plaintiffs,

-against-

Washington Heights Wireless, Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

1:20-cv-08848 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       The Court hereby ORDERS that, no later than Friday, March 12, 2021, the parties shall file a joint letter regarding the status of mediation.

**SO ORDERED.**

DATED:     New York, New York
               March 8, 2021

_____
STEWART D. AARON
United States Magistrate Judge