Case 1:20-cv-08848-PGG-SDA Document 24 Filed 04/20/21 Page 1 of 1



**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

James F. Horton
212.583.2688 direct
212.583.9600 main
jfhorton@littler.com

April 20, 2021

MEMO ENDORSED:
The conference scheduled for April 22, 2021 is adjourned sine die.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
    Dated: April 21, 2021

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Almonte, et al. v. Washington Heights Wireless, Inc., et al.*,
      Case No. 20-cv-8848 (PGG)(SDA)

Dear Judge Gardephe:

This firm represents Defendants in the above referenced action. We write, jointly with counsel for Plaintiffs, to inform the Court that the parties have agreed to all terms of the Settlement Agreement. We are in the process of obtaining all necessary signatures and tax documents. A motion for approval of the Settlement Agreement will be submitted within ten (10) days pursuant to the Settlement Agreement.

As such, the parties respectfully request that the Court adjourn the conference currently scheduled for April 22, 2021 at 10:45 a.m.

Thank you for your time and consideration of this request.

Respectfully submitted,

*/s/ James F. Horton*

James F. Horton

cc:   All Counsel (via ECF)