UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yael Almonte et al.,

                Plaintiffs,

-against-

Washington Heights Wireless, Inc. et al.,

                Defendants.

1:20-cv-08848 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       This case contains claims under the Fair Labor Standards Act. On May 7, 2021, the parties submitted a proposed settlement agreement. (ECF No. 26.) On May 11, 2021, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 27.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

       Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

Dated:     New York, New York
            May 14, 2021

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2021